## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sacorey Clark | | CASE NUMBER: |
| | Plaintiff, | 5:22-cv-00217-JFW-MAA |
| v. | | **ORDER DENYING REQUEST TO PROCEED** |
| T. Jusino et al. | | **WITHOUT PREPAYMENT** |
| | | **OF FILING FEES** |
| | Defendant(s). | **AND CLOSING CASE** |

On ___02/04/2022___, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend. Plaintiff was advised to resubmit the Request to Proceed Without Prepayment of Filing Fees and Complaint with a certified copy of the Trust Account Statement and Disbursement Authorization within 30 days, and failure to do so would result in closure of the case.

Plaintiff has failed to submit a timely response. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is closed.

IT IS ORDERED.

DATED:  April 6, 2022

United States District Judge

Presented by:

United States Magistrate Judge